United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

                            /

No. C 05-04404 WHA

**DISCOVERY ORDER**

      The Court orders the following based on the discovery-dispute filings by the parties and on their argument at a discovery hearing held June 6, 2006.

      The following deposition will take place on the listed dates at the United States Attorneys's Office, 1301 Clay St., Oakland CA. The room where each deposition will be taken must be available to plaintiff beginning at 8 a.m. on the day of each deposition so that his videographer can prepare to record the deposition. The depositions proper will begin at 9 a.m.

- Joseph Leung     June 21 and June 22, 2006
- Edward Cheung     June 28, 2006 and either July 12 or July 14, 2006 (at the government's option)
- Rebecca Dominy     July 5, 2006
- Brian O'Neill     July 7, 2006
- Lawrence Sandler     July 11, 2006
- Robert Wiebe     July 12 or July 14, 2006 (at the government's option)

Except for these depositions, there will be no further discovery on the part of plaintiff prior to July 18, 2006. Leave of the court is required for further discovery by plaintiff. The number of depositions previously granted to plaintiff is reduced.

Plaintiff's requests concerning alleged deficiencies in the government's discovery responses are denied without prejudice. These issues can be taken up following the depositions and the settlement conference but only by leave of the Court.

**IT IS SO ORDERED.**

Dated: June 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2