IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER RE DISCOVERY ISSUES RAISED IN CORRESPONDENCE DATED AUGUST 18 & 23, 2006**

Having reviewed the above correspondence from both sides in this contentious civil action, the Court now rules as follows:

1. Plaintiff may have up to seven more hours in total of depositions and may split the seven hours among Leung, Cheung, Gordon, Visita and/or the nurse who signed the 12/19/02 report, subject plaintiff to subpoenaing, if necessary, all such individuals selected and completing the foregoing by the fact discovery deadline.

2. Mr. Meier must submit to an IME. His mental condition has been placed at issue by his claim for non-economic emotional-distress damages. His argument that he only seeks "ordinary" emotional distress damage is not persuasive, for defendant is entitled to show, if it can do so, that plaintiff has mental problems that account for all or some of any emotional distress. The documents requested are granted in part: all requested records relating to mental, physical, medical condition of plaintiff, discipline of plaintiff, and/or grievances by plaintiff, otherwise, the request is denied. Mr. Meier is ordered to sign appropriate forms conforming to this ruling. If he does not immediately, Ms.

Dowling should prepare a form of order capturing the ruling above. The IME report must be completed before the expert-report deadline and the documents provided by the fact-discovery deadline.

3. Based on Mr. Meier's admission, he is now barred from seeking economic damages except, if appropriate, attorney's fees and costs.

4. With respect to John Sawyer and Melinda Kazain, plaintiff will be deemed to have supplemented his Rule 26 initial disclosures to add them and the government may despose, each over and above any deponent limitation but only for three hours each.

5. With respect to Mr. Meier's refusal to answer deposition questions, the record needs to be augmented. Please file all deposition pages necessary to show improper responses. Please do the same for all *ad hominem* attacks alleged in footnote 4 of Ms. Dowling's letter. This must be filed by August 30 at noon and any response by August 31 at noon. If this order has missed any issue, it will have to be the subject of a fresh motion.

**IT IS SO ORDERED.**

Dated: 8/28/06

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE