KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN SWANSON, CSBN 135879
Chief, Civil Division
KATHERINE DOWLING, CSBN 220767
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6833
Facsimile:   (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. MEIER, | Case No. 05-04404 WHA (MEJ) |
| Plaintiff, | **[PROPOSED] DISCOVERY ORDER** |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendants. | |

Pursuant to the August 28, 2006 Order the Court orders the following:

1. Plaintiff is required to sign release forms for provision to Defendant of records relating to his mental, physical, medical condition, discipline and/or grievances. These forms are attached hereto as Attachment A.

2. Plaintiff is required to consent to an independent medical evaluation ("IME") on **October 3, 2006** at the offices of Dr. Mark Lipian at the address provided on the IME consent.

3. Defendant is granted an extension from October 6, 2006 until **October 20, 2006** in order to serve the expert report of Dr. Lipian on Plaintiff.

4. Plaintiff is granted an extension to depose Defendant's experts from October 27, 2006 until **November 9, 2006**.

1      5. Defendant is granted an extension to depose Plaintiff until **November 9, 2006** based on his failure to provide relevant documents.[1]

    6. Dispositive motion filing deadline is extended from November 9, 2006 until **November 16, 2006**.

Dated:   September 14, 2006.

                                                                  _____
                                                                   HONORABLE WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

---

[1] Counsel for Defendant will be out of the office between October 4, 2006 and October 30, 2006.

2