IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                  /

No. C 05-04404 WHA

**ORDER SETTING HEARING**

     A hearing on Mr. Hearst's letter dated September 15, 2006 will be held at **9:00 A.M. ON TUESDAY, SEPTEMBER 26, 2006**. Nothing in this order stays the independent medical evaluation. Failure to comply with the existing orders is at the peril of the parties.

     Additionally, the government is ordered to file by **NOON ON SEPTEMBER 25, 2006**, a letter responding to the allegations in Mr. Hearst's letter, specifically whether Ms. Dowling agreed to a stay, as represented on page three of Mr. Hearst's letter.

     **IT IS SO ORDERED.**

Dated: September 20, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE