1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,                                      No. C 05-04404 WHA

        Plaintiff,

  v.                                                      **ORDER RE DISCOVERY DISPUTE**

UNITED STATES OF AMERICA,

        Defendant.

_____/

Pursuant to the September 26 discovery hearing, the Court orders as follows:

1.    Mr. Meier's request through appellate-counsel Hearst for a stay of this Court's August 28 order is **DENIED**.

2.    Mr. Meier is limited to **75 REQUESTS FOR ADMISSION** regarding the genuineness of documents.

3.    Rather than filing numerous discovery letters and requests with this Court, Mr. Meier must now file a formal motion covering all of his discovery objections by **NOON ON OCTOBER 5, 2006.** The government's response is due by **NOON ON OCTOBER 31, 2006.** Neither brief may exceed 25 pages in length. A hearing on Mr. Meier's motion is set for **NOVEMBER 2, 2006 AT 8:00 A.M.**

4.    The remaining 5½ hours of Mr. Meier's deposition time must be completed by **MONDAY, OCTOBER 2, 2006.** Mr. Meier will have four hours to depose Cheung and 1½ hours to depose Gordon.

1    5.    The requests listed as "C. Requests for Production of Documents" and "D.

2         Requests for Production of Rule 26 Documents & Information" in Mr. Meier's

3         September 22, 2006 letter are **DENIED.**

4    **IT IS SO ORDERED.**

5

6    Dated:  September 28, 2006

7                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2