IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER TO APPEAR FOR IME**

    Mr. Meier is **ORDERED TO APPEAR** for his IME on **OCTOBER 5, 2006, AT 10:00 A.M.** The snafu on October 3 appears to have resulted from either refusals or equivocations by Mr. Meier as to whether he would, in fact, attend the October 3 session and he failed to clarify until the last minute, after the government had cancelled the doctor to avoid an unnecessary charge.

    **IT IS SO ORDERED.**

Dated: October 4, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE