IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER EXTENDING DEADLINE TO PROVIDE EXPERT REPORT, RESETTING BRIEFING SCHEDULE, AND RESETTING HEARING**

    Ms. Dowling's request to extend to **NOVEMBER 6, 2006,** the deadline for serving the expert report of Dr. Lipian on plaintiff is **GRANTED**.

    Ms. Dowling's request for an additional week for the filing of defendant's response to Mr. Meier's October 5 motion is **GRANTED**. Defendant's response is due by **NOON ON NOVEMBER 7, 2006,** and the hearing currently scheduled for November 2, 2006, is **RESET** for **8:00 A.M. ON NOVEMBER 9, 2006.**

    Finally, Mr. Meier did not file or send a hard-copy of his letter responding to Ms. Dowling's request. Mr. Meier improperly *e-mailed* it to the Court. If Mr. Meier wishes to utilize the Electronic Case Filing system, he should file a formal request. Gen. Order 45.

    **IT IS SO ORDERED.**

Dated: October 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE