```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division

 4  ALEX G. TSE (CSBN 152348)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-6730
 7     FAX: (415) 436-6748
       Email: alex.tse@usdoj.gov
 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY L. MEIER, ) | No. C 05-04404 WHA |
| Plaintiff, ) | [Proposed] ORDER EXTENDING DEADLINE TO PROVIDE EXPERT REPORT OF WALTER TRUDEAU, M.D. |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

For good cause shown, IT IS HEREBY ORDERED that the deadline for serving the expert report of Walter Trudeau, M.D., is extended to November 6, 2006.

IT IS SO ORDERED.

Dated: October 23, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE