IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER RE INTERROGATORY REQUESTS**

    The government has objected to interrogatory requests 16, 17, 18, and 25 by plaintiff on the grounds that the information is privileged. The Court has reviewed *in camera* the government's interrogatory responses. This order holds that although the documents referenced by the interrogatory responses might not be discoverable under 38 U.S.C. 5705 and Federal Rules of Civil Procedure 26(b)(3) and 26(b)(4)(B), the names of the people to whom the documents were revealed may be discovered. *See* Fed. R. Civ. P. 26(b)(5) (requiring party asserting privilege to disclose information that will enable "other parties to assess the applicability of the privilege or protection"); 38 U.S.C. 5705(b)(2) (permitting redaction of employee names only if disclosure of such names would "constitute a clearly unwarranted invasion of personal privacy"). The government is **ORDERED** to respond to plaintiff's interrogatory requests 16, 17, 18, and 25 by **NOON** on **TUESDAY, NOVEMBER 21, 2006**.

    **IT IS SO ORDERED.**

Dated: November 17, 2006



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE