IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                  /

No. C 05-04404 WHA

**ORDER RE JOINT ADR STATUS REPORT**

    With respect to ADR, the parties are directed to contact Judge James for one last ADR try. However, the trial date and final pretrial conference will go forward as scheduled failing a settlement. Please do not ask for extensions in order to engage in ADR.

**IT IS SO ORDERED.**

Dated: January 3, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE