IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER DENYING MOTION FOR LEAVE TO FILE; REQUEST FOR RESPONSE**

This order addresses two lingering issues in this matter. *First*, plaintiff has filed a motion for leave to file a motion for clarification of the April 2009 order regarding the Clerk's taxation of costs. Plaintiff asks the Court to reconsider the taxation of certain costs. Plaintiff's motion for leave to file is **DENIED**. Costs will be taxed in the amount specified in the April 2009 order for the reasons stated therein.

*Second*, Plaintiff has submitted letters to the Court alleging that the government published personal information about him, including his social security number, in public filings in violation of Civil Local Rule 3-17. If plaintiff has not done so, he should provide the government with a copy of the letters by July 15, 2009. The government is requested to respond by July 22, 2009, and show cause why any confidential personal information should not be redacted from the record pursuant to Civil Local Rule 3-17.

**IT IS SO ORDERED.**

Dated: July 8, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE