IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 05-04404 WHA

**ORDER REGARDING PLAINTIFF'S RECORDS**

Plaintiff submitted letters to the Court alleging that the government published personal information about him, including his social security number, in public filings in violation of Civil Local Rule 3-17. A July 8 order requested that the government respond.

The government responded and indicated that, in response to plaintiff's privacy concerns, counsel had personally redacted plaintiff's social security number and date of birth and had written to plaintiff so indicating. Counsel also confirmed that no one had checked out the file since plaintiff expressed his concerns (the filings at issue were not electronically filed). In response to the July 8 order, counsel again located the filings and confirmed that they had in fact been properly redacted with a black pen, but that the redaction had faded. Counsel proposes replacing the existing exhibits with photocopies and redacting the personal information with black boxes that will not fade over time. The request is **GRANTED**. This case is closed; the record has already been sent to the Ninth Circuit for the appeal and has been returned to the district court. Counsel's proposal thoroughly addresses plaintiff's privacy concerns.

**IT IS SO ORDERED.**

Dated: July 24, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE