IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                               /

No. C 05-04404 WHA

**ORDER REGARDING PLAINTIFF'S RECORDS**

Plaintiff alleged that the government had published personal information about him, including his social security number, in public filings in violation of Civil Local Rule 3-17. Upon further investigation it was determined that plaintiff's personal information *had* been redacted from the records but that the redaction had faded with time. To address plaintiff's privacy concerns, the records with faded redaction were replaced with copies that were redacted in a manner that would not fade over time.

Plaintiff now requests that the original records that were replaced be returned to him. That request is **DENIED**; the Court generally does not return original documents from the case file to litigants. To ensure that plaintiff's private information will not be accessed by the public, however, the replaced originals regarding which plaintiff complained will be maintained in the file under seal. The Clerk is directed to retain the "original" records on which redaction had faded — which have been replaced in the public file with properly redacted copies — in the case file under seal.

**IT IS SO ORDERED.**

Dated: August 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE