1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,                                        No. C 05-04404 WHA

                Plaintiff,

        v.                                             **ORDER REGARDING
                                                       PLAINTIFF'S RECORDS**
UNITED STATES OF AMERICA,

                Defendant.
_____/

        Plaintiff has alleged that the government failed properly to redact his personal

information from public filings in violation of Civil Local Rule 3-17.  A prior order requested

that the government respond, and the government explained that plaintiff's personal information

*had* been redacted but that some redaction had faded with time.  To address plaintiff's privacy

concerns, the records with faded redaction were replaced with properly redacted copies, and the

original (allegedly offending) file copies of the records were placed in the record under seal.

Plaintiff now claims to have identified further improperly redacted records.  He claims

personally to have examined the case file and to have identified (and photographed) at least ten

documents that contain unredacted personal information.  He identifies some or all of the

allegedly offending records in his declaration of August 24, 2009 (Dkt. No. 154).

        If plaintiff wishes to complain of any privacy problems other than those identified in his

August 24 declaration, he must file a further declaration identifying *all* documents that he

alleges contain violations by SEPTEMBER 9, 2009, AT 5:00 P.M.  Plaintiff claims personally to

have examined the record and to have identified (and photographed) the offending records; his

declaration of August 24 and any further declaration he files by September 9 will be deemed the

complete universe of documents regarding which he complains.  The Court cannot entertain an

endless stream of complaints regarding this issue.  Thereafter, the government must examine the

**United States District Court**
For the Northern District of California

1  records identified in the August 24 declaration and any further declaration plaintiff may timely

2  file and ensure that the records identified therein are redacted in accordance with the applicable

3  rules.  If any such records are not properly redacted, the government shall replace them with

4  properly redacted copies, and the original (unredacted) file copies will remain in the record

5  under seal.  The Clerk of the Court shall provide the government with copies to redact, replace

6  the originals with the redacted copies and place the originals in the file under seal.  The

7  government must complete all such redaction by **SEPTEMBER 18, 2009, AT 5:00 P.M.**, and file a

8  properly signed and sworn declaration explaining that it has examined all allegedly offending

9  records and has cured any and all privacy problems in this manner.  This case has long since

10  closed.  Both sides must be thorough.  The matter will be deemed concluded once the

11  government has filed a proper declaration.

12

13          **IT IS SO ORDERED.**

14  

15

16  Dated:  August 31, 2009.                          _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2